**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| DEAN DAWES,<br><br>       Plaintiff,<br><br>v.<br><br>LIKEWIZE CORP. f/k/a BRIGHTSTAR CORPORATION and RESURGENT INTERMEDIATE L.P.,<br><br><br><br>       Defendants. | CIVIL ACTION NO. 4:24-CV-00035-P |

## <u>JOINT AGREED STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Dean Dawes and Defendants Likewize Corp. and Resurgent Intermediate L.P. hereby file this Joint Agreed Stipulation of Dismissal. All parties to this case have resolved all matters between them. Accordingly, each party stipulates and agrees that every claim and counterclaim asserted herein should be **<u>DISMISSED WITH PREJUDICE</u>**. The parties stipulate and agree that attorney's fees and costs will be borne by the party incurring the same.

Date: January 9, 2025                                   Respectfully submitted,


                                                        */s/ Ryan C. Krone*
                                                        Ryan C. Krone
                                                        Texas Bar No. 24085750
                                                        **AKERMAN LLP**
                                                        1300 Post Oak Blvd., Suite 2300
                                                        Houston, Texas 77056
                                                        Telephone: 713-623-0887
                                                        Facsimile: 713-960-1527
                                                        ryan.krone@akerman.com

                                                        Arlene Kline (*Pro Hac Vice*)
                                                        Florida Bar No. 104957
                                                        **AKERMAN LLP**
                                                        777 South Flagler Drive
                                                        Suite 1100, West Tower
                                                        West Palm Beach, FL 33401
                                                        Telephone: (561) 653-5000
                                                        Facsimile: (561) 659-6313
                                                        arlene.kline@akerman.com

                                                        *Counsel for Plaintiff Dean Dawes*


                                                        */s/ Margaret Hope Allen*
                                                        Margaret Hope Allen
                                                        Texas Bar No. 24045397
                                                        Sophie V. Green
                                                        Texas Bar No. 24120830
                                                        Kathrine Maldonado
                                                        Texas Bar No. 24132358
                                                        **SIDLEY AUSTIN LLP**
                                                        2021 McKinney Ave, Suite 2000
                                                        Dallas, TX 75201
                                                        Telephone: (214) 969-3506
                                                        margaret.allen@sidley.com
                                                        sophie.green@sidley.com
                                                        kmaldonado@sidley.com

                                                        *Counsel for Likewize Corp. and Resurgent Intermediate L.P.*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system in accordance with Federal Rule of Civil Procedure 5 on January 9, 2025.

*/s/ Margaret Hope Allen*
Margaret Hope Allen