UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DEAN DAWES,**

Plaintiff,

v.                                                    **No. 4:24-cv-00035-P**

**LIKEWIZE CORP., ET AL.,**

Defendants.

### FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Parties' Joint Stipulation of Dismissal, this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **10th day of January 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE